Eugene P. Ramirez, State Bar No. 134865
Michelle B. Ghaltchi, State Bar No. 242482
MANNING & MARDER
KASS, ELLROD, RAMIREZ LLP
15th Floor at 801 Tower
801 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 624-6900
Facsimile: (213) 624-6999
Email: epr@mmker.com; mbg@mmker.com

Attorneys for Defendants
COUNTY OF SAN BERNARDINO, DETECTIVE
J. BRAATEN and DETECTIVE J. CUNNINGHAM

NO JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYSON PRICE,<br><br>                    Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO, J. BRAATEN, DETECTIVE CUNNINGHAM, ALVIN HUFF, J. WALSH, B. ZOUR, R. COLLINS, J. WICKUM, and J. SHELTON, and Does 1 through 10,<br><br>                    Defendants. | Case No.: CV-09-03481 R (AGRx)<br><br>**JUDGMENT ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date:   April 19, 2010<br>Time:  10:00 a.m.<br>Ctrm:  "8" |

On March 22, 2010, Defendants COUNTY OF SAN BERNARDINO, J. BRAATEN, DETECTIVE CUNNINGHAM, and ALVIN HUFF filed a Motion for Summary Judgment Or, Alternatively, Partial Summary Judgment in Courtroom 8 of the United States District Court, Central District of California.

On April 20, 2010, the Court issued a written order denying Defendants' Motion for Summary Judgment as to the first federal claim for excessive force and granting Defendants' Motion for Summary Judgment as to the second federal claim under *Monell*.

1  IT IS ORDERED, ADJUDGED AND DECREED that Defendants' Motion for
2  Partial Summary Judgment as to the second federal claim under *Monell* is granted, that
3  partial summary judgment is entered in favor of Defendant COUNTY OF SAN
4  BERNARDINO and that Defendant shall recover reasonable costs.

7  Dated: April 29, 2010                    _____
                                             UNITED STATES DISTRICT JUDGE