1 | Eugene P. Ramirez, State Bar No. 134865
Michelle B. Ghaltchi, State Bar No. 242482
2 | MANNING & MARDER
KASS, ELLROD, RAMIREZ LLP
3 | 15th Floor at 801 Tower
801 South Figueroa Street
4 | Los Angeles, CA 90017
Telephone: (213) 624-6900                       JS - 6
5 | Facsimile: (213) 624-6999
Email: epr@mmker.com; mbg@mmker.com
6
Attorneys for Defendants DETECTIVE J. BRAATEN and
7 | DETECTIVE J. CUNNINGHAM

8

9 | UNITED STATES DISTRICT COURT

10 | CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYSON PRICE, | Case No.: CV-09-03481 R (AGRx) |
| Plaintiff, | |
| vs. | **ORDER GRANTING JOINT STIPULATION TO DISMISS** |
| COUNTY OF SAN BERNARDINO, J. BRAATEN, DETECTIVE CUNNINGHAM, ALVIN HUFF, J. WALSH, B. ZOUR, R. COLLINS, J. WICKUM, and J. SHELTON, and Does 1 through 10, | **[Stipulation for Dismissal filed concurrently herewith]** |
| Defendants. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Joint Stipulation to dismiss the above-entitled action, including defendants DETECTIVE J. BRAATEN and DETECTIVE J. CUNNINGHAM, with prejudice, each party to bear their own costs and fees, is hereby granted, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(ii).

Dated: August 9, 2010  _____
Honorable Manuel L. Real
UNITED STATES DISTRICT COURT JUDGE

C:\Temp\notesFFF692\J-Stip re Dismissal-Order.wpd

1